**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *

**v.** * **Criminal No. 1:26-CR-0288-GLR**

**RAIMONE HARVEY,** *

**Defendant**

* * * * * * * * * * * *

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment in the above-captioned case and the reasons set forth therein, it is this 15th day of September 2026, **ORDERED**, that the Indictment in the captioned case be and hereby is **UNSEALED**.

The Honorable J. Mark Coulson
United States Magistrate Judge